FILED

DEC 0 3 2025

Clerk, U. S. District Court
Eastern District of Tennessee
At Knoxville

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA )
) 3:25-MJ-**1334**
v. )
) JUDGES **Poplin**
ROLBIN VELASQUEZ PADILLA )
)

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Trevor W. Christensen (hereinafter "Affiant" or in the first person), a Special Agent with Homeland Security Investigations, being first duly sworn, hereby depose and state as follows:

1.      I am a Special Agent with Homeland Security Investigations ("HSI"), assigned to the Knoxville, Tennessee office. I conduct investigations of matters within HSI jurisdiction in the Eastern District of Tennessee. I have been employed as an HSI Special Agent since August 2010.

2.      On November 8, 2025, ROLBIN VELASQUEZ PADILLA was arrested by the Monroe County Sheriff's Office for driving without a license. An interview was conducted by officers of Enforcement and Removal Operations ("ERO") and established PADILLA's inadmissibility into the United States as well as deportability out of the United States and an Immigration and Customs Enforcement ("ICE") detainer was placed. On November 20, 2025, PADILLA was released from local custody and as a result of the ICE detainer, was picked up and transported to the ICE Knoxville Office for processing as a Reinstate Prior Order of Removal.

3.      A criminal history check for PADILLA revealed that he had been arrested on June 5, 2007, and was processed for an Expedited Removal and prosecuted for violations of 21 U.S.C. § 841 (manufacturing, distributing or disbursing of any controlled substance); 8 U.S.C. § 1182 (Inadmissible aliens); 8 U.S.C. § 1182(a)(7)(A)(ii) (Immigrant failing to meet documentation requirements); 8 U.S.C. § 1325; and 21 U.S.C. § 846.

Page **1** of **3**

4.      On October 19, 2017, PADILLA was encountered by DHS ICE ERO at the Pima County Arizona Detention Center where he was serving a  for violating Ariz. Rev. Stat. §§ 13-3405(A)(4) (Transport for sale, import into this state or offer to transport for sale or import into this state, sell, transfer or offer to sell or transfer marijuana) and 13-1003 (conspiracy). PADILLA was processed for expedited removal and was deported from the United States on or about November 29, 2017.

5.      On October 19, 2018, PADILLA was arrested by the U.S. Border Patrol near Sasabe, Arizona. He was transported to the Tucson Coordination Center and was processed for reinstatement of his prior order of removal. PADILLA was deported from the United States on or about October 23, 2019.

6.      On May 24, 2019, PADILLA was encountered by a 287(g) Officer at the Arizona Department of Corrections at Alhambra Intake and Reception Facility. PADILLA was serving a one-year sentence of imprisonment with the Arizona Department of Corrections for Solicitation to Transport Marijuana for Sale, Having a Weight of More than Two Pounds, a Class 4 Felony, in violation of Ariz. Rev. Stat. §§ 13-3405 (A)(4) and 13-1002. PADILLA was processed as a Detainer as he was subject to an Active I-871 Reinstatement dated October 20, 2018. VELASQUEZ PADILLA was deported from the United States On or about October 23, 2019.

7.      PADILLA is a native and citizen of Honduras and is not a citizen or national of the United States.  He did not request permission from the Attorney General or the Secretary of Homeland Security to enter the United States and does not have permission to be present in the United States.

8.      HSI Knoxville could not find any record in Department of Homeland Security databases showing PADILLA's having made a lawful entry into the United States or his having

sought permission from the Attorney General to enter the United States. Furthermore, no present records show that PADILLA has registered as an illegal alien as required by 8 U.S.C. § 1302.

9.     Based on the foregoing, your Affiant believes that there is probable cause that PADILLA is in violation of Title 8, United States Code, Sections 1326(a) and (b)(2), that is, re-entering the United States without the prior, express consent of the Attorney General of the United States or the Secretary of Homeland Security, having been previously deported and removed from the United States subsequent to a conviction for commission of an aggravated felony.

Respectfully submitted,

Trevor W. Christensen
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on December 3, 2025.

HONORABLE DEBRA C. POPLIN
UNITED STATES MAGISTRATE JUDGE